*Receipt #11091822*
*$902.83 5/20/11 eg*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 902.83

CHECK # 15547 FOR $ 902.83
Representing unclaimed funds.

DATED: 5-19-2011

_____
ALBERT J. MOGAVERO
TRUSTEE


FILED
MAY 20 2011
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 160091 | MCKIBBIN | 0512553 | 5.00 | ROBERT P MCKIBBIN | 44 VIEW COURT | | DEPEW | NY | 14043 |
| 160096 | ANDERSON | 0519552 | 5.02 | MARY N ANDERSON | 40 WARWICK AVENUE | | BUFFALO | NY | 14215 |
| 160130 | SHOEMAKER | 0600597 | 5.02 | THOMAS E SHOEMAKER | 294 KNOX AVE. | | WEST SENECA | NY | 14224 |
| 160132 | PAULY | 0601098 | 832.74 | MICHAEL & CHERYL PAULY | 8450 NORTH MAIN STREET | | EDEN | NY | 14057 |
| 160141 | WILLIAMS | 0602796 | 5.00 | RITA M WILLIAMS | 4264 SPRAGUE AVE. | | HAMBURG | NY | 14075 |
| 160149 | BUTTON | 0603843 | 5.01 | JOSHUA P BUTTON | 684 MAIN ST. | | ELLINGTON | NY | 14732 |
| 160164 | FADER | 0815141 | 5.00 | SUSANNE M FADER | 94 HOLLYWOOD AVENUE | | BUFFALO | NY | 142202315 |
| 160175 | BUCCITELLI | 0815199 | 5.00 | ANDREW R BUCCITELLI | 3174 EGGERT ROAD | | TONAWANDA | NY | 14150 |
| 160177 | PRZYBYL | 0910439 | 5.02 | LISA & BRIAN PRZYBYL | 121 FRENCH ROAD | | W. SENECA | NY | 14224 |
| 160183 | GILBERT | 0912023 | 5.01 | RUTH E GILBERT | PO BOX 403 | 6337 WEBSTER RD., TRAILER | BROCTON | NY | 14716 |
| 160188 | PELHAM | 0913526 | 5.00 | JAMES A PELHAM | 2584 RT. 62 | | KENNEDY | NY | 14747 |
| 160191 | REMINGTON | 0914472 | 5.00 | KELLY & JEFFRY REMINGTON | 111 PEERLESS ST. | | BROCTON | NY | 14715 |
| 160193 | COWIE | 0914735 | 5.00 | JAMES L COWIE | 95 KENTUCKY ST. | | BUFFALO | NY | 14204 |
| 160194 | BOVA | 0915270 | 5.00 | CHARLES G BOVA | 6465 HAMILTON | | DERBY | NY | 14047 |
| 160195 | DRESSEL | 0915397 | 5.01 | JAMIE L DRESSEL | 172 WENDEL AVE. | | BUFFALO | NY | 14223 |
| | | | $902.83 | | | | | | |